UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY NAVARRO,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF ALAMEDA, et al.,<br><br>  Defendants. | Case No. 14-cv-01954-JD<br><br>**ORDER RE REFERRAL OF MATTER TO UNITED STATES ATTORNEY AND INSPECTOR GENERAL FOR THE SOCIAL SECURITY ADMINISTRATION**<br><br>Re: Dkt. No. 81 |

This case involves now-settled claims by a mentally and physically disabled individual against the City of Alameda and one of its police officers. Plaintiff Jeffrey Navarro is proceeding in this case through his guardian ad litem Perlita Navarro, who is his sister. In the papers in support of a motion to approve the proposed settlement as well as at the hearing on that motion, both Mr. Navarro's counsel and Ms. Navarro raised an issue that caused the Court enough concern to temporarily freeze payment of any monies to Mr. Navarro directly. Namely, counsel and Ms. Navarro allege that Rose Flores, the leader of an organization called "My Father's World," is preying on Mr. Navarro's mental vulnerabilities and has convinced him to make Ms. Flores a payee for the checks Mr. Navarro receives from the Social Security Administration ("SSA"). Counsel alleges that Ms. Flores is using these checks exclusively for her own personal benefit.

Because this appears to be an issue of potential fraud on the SSA or possibly a case of illegal abuse or exploitation of an incompetent person, the Court offered to refer the matter for further investigation and action, as appropriate. Dkt. No. 79. Plaintiff's counsel has now filed a detailed statement describing the background of the matter and her unsuccessful attempts to address it thus far, and requests the Court make a referral. Dkt. No. 81. The Court consequently refers the matter to the United States Attorney for the Northern District of California and the Inspector General for the Social Security Administration.

The Clerk is directed to send a copy of this order together with a copy of plaintiff's counsel's letter and all exhibits filed at Dkt. No. 81 in this case to:

1. Melinda Haag, United States Attorney for the Northern District of California, 450 Golden Gate Avenue, 11th Floor, Box 36055, San Francisco, California 92102; and

2. Attn: Patrick P. O'Carroll, Jr., Inspector General for the Social Security Administration, Social Security Fraud Hotline, P.O. Box 17785, Baltimore, Maryland 21235.

The Court makes no recommendation as to how the United States Attorney or the Inspector General should deal with this matter.

**IT IS SO ORDERED.**

Dated: July 24, 2015

_____
JAMES DONATO
United States District Judge