Susan Y. Kang Gordon, Esq. (SBN 273979)
LAW OFFICE OF SUSAN KANG GORDON
21C Orinda Way #162
Orinda, CA 94563
Phone: (510) 400-6146
Fax: (510) 400-6148
Email: susan@skg-law.com

Panos Lagos, Esq. (SBN 61821)
LAW OFFICES OF PANOS LAGOS
5032 Woodminster Ln
Oakland, CA 94602
Phone: (510) 530-4078
Fax: (510) 530-4725
Email: panoslagos@aol.com

Attorneys for Plaintiff: JEFFREY NAVARRO,
by and through his Guardian Ad Litem
PERLITA NAVARRO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY NAVARRO, by and through his Guardian At Litem PERLITA NAVARRO,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ALAMEDA, PATRICK WYETH, and Does 1-100,<br><br>Defendants.<br>_____ | **CASE NO.: 3:14-cv-01954 JD**<br><br>Hon. James Donato<br><br>**[PROPOSED] ORDER RE PLAINTIFF JEFFREY NAVARRO'S UNOPPOSED MOTION TO APPROVE COMPROMISE** |

---

1

**ORDER RE PLAINTIFF JEFFREY NAVARRO'S UNOPPOSED MOTION TO APPROVE COMPROMISE**

**ORDER**

WHEREAS, on or around April 14, 2015, Plaintiff JEFFREY NAVARRO, by and through his Guardian ad Litem PERLITA NAVARRO ("Plaintiff"), and Defendants the CITY OF ALAMEA and PATRICK WYETH ("Defendants") entered into a judicially supervised global settlement of $450,000.00 inclusive of all damages, fees and costs;

WHEREAS, on June 19, 2015, Plaintiff JEFFREY NAVARRO was heard on his Unopposed Motion to Approve the Compromise before this Court (Docket Nos. 69-75);

WHEREAS, on July 15, 2015 and July 28, 2015, the Court entered orders granting in part and denying in part Plaintiff's Unopposed Motion to Approve the Compromise (Docket Nos. 82 and 87), as set forth in the Settlement Agreement (Docket No. 85);

WHEREAS, on August 19, 2015, Plaintiff was heard on his applications to Approve Compromise of a Pending Action, Establish a Special Needs Trust ("SNT") and Appoint a Guardian Ad Litem for the SNT before the Hon. Susan K. Bean of the Alameda County Superior Court (Case Nos. RP15775444 and RP15775450);

WHEREAS, on August 19, 2015, Judge Bean issued orders approving Plaintiff's applications to Approve Compromise of a Pending Action, Establish a SNT and Appoint a Guardian Ad Litem for the SNT, which were provided to the Court through a Joint Status Report on or around August 28, 2015 (Docket No. 88).

The Court now orders as follows and finally resolves Plaintiff's Unopposed Motion to Approve the Compromise (Docket No. 69):

1. Defendants shall issue payment of $180,078.09 due to Plaintiff JEFFREY NAVARRO pursuant to the terms of the Settlement Agreement and Judge Sandra K. Bean's Order of August 19, 2015. The payment shall be made payable to the "Jeffrey Navarro Special Needs Trust."

2. Defendants shall issue payment of $48,702.09, which represents costs and advances incurred by Plaintiff's counsels, pursuant to the terms of the Settlement Agreement and Judge

Sandra K. Bean's Order of August 19, 2015.  Reimbursement of costs in the amount of $48,702.09 shall come from the $270,000.00 that is due to the Plaintiff under the Settlement Agreement.

   3. Defendants shall issue payment of $180,000.00, representing attorney's fees, pursuant to the terms of the Settlement Agreement and Judge Sandra K. Bean's Order of August 19, 2015.

   4. Plaintiff's counsel Susan Kang Gordon is authorized to issue immediate payment to Kevin Urbatsch of Meyers Urbatsch P.C for fees and costs associated with the probate court fillings in the amount of $9,000, from the attorney's fees award of $180,000 held in trust.

   5. The hearing of November 18, 2015 is vacated.

   6. The entire action is dismissed with prejudice, with each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated:  September 9, 2015

                HON. JAMES DONATO
                United States District Judge
                Northern District of California